IRVING HOCHBERG, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent, et al., Defendants.— Appeal, by permission, from an order of the Appellate Term, affirming a judgment of the City Court of the City of New York, County of Kings, which dismissed the complaint at the close of the entire case, in an action to recover disability benefits under a policy of insurance. Order reversed on the law, the judgments of the City Court reversed, and a new trial ordered, with costs in this court and in the Appellate Term to abide the event. There was proof that during the period of claimed disability involved in this action the plaintiff suffered epileptic attacks or seizures with such frequency as to present a question of fact for a jury as to whether, under all the proof, plaintiff was permanently or totally disabled; and whether or not engaging in any employment would increase the frequency of such seizures and endanger his life. (*McGrail* v. *Equitable Life Assurance Society*, 292 N. Y. 419.) The trial court erred in excluding testimony of lay witnesses as to what they observed in respect of seizures during the period relevant to this action. Other claimed errors need not be considered as they may not recur on a new trial. Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ., concur.

In the Matter of the Estate of JONAS HESCHELES, Deceased. HATTIE HESCHELES, Respondent; MICHAEL HESCHELES, Appellant.— The decedent's son, Michael Hescheles, appeals from a decree of the Kings County Surrogate's Court, dismissing his objections and directing the issuance of letters of administration to the respondent. Decree unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ.

In the Matter of the Accounting of BRIDGET REID, as Administratrix of the Estate of ANNA McNELL, Deceased, Respondent. MARIE CARVER, as Substituted Committee of CHARLES W. MULLER, an Incompetent Person, Appellant.— Order of the Kings County Surrogate's Court granting respondent's motion to reopen the proceeding and for a new trial on the ground of newly discovered evidence, affirmed, with $10 costs and disbursements to respondent, payable out of the estate of the decedent. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

In the Matter of DOROTHY SHEVILLE, Appellant, against EDWIN L. SHEVILLE, Respondent.— In a habeas corpus proceeding, order awarding custody of the infant child of the parties to the father reversed on the law and the facts, without costs, the writ sustained, and custody awarded to the appellant. Under existing circumstances, it is our opinion that the welfare of the child requires this disposition. Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ., concur.